389 A.2d 162

Commonwealth v. Brown, Appellant.

Submitted September 12, 1977. Oliver J. McCarron, and Stack & Gallagher, for appellant; Leon W. Tucker, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.